DAVID W. SCOFIELD – 4140
ANDREW R. KOLTER - 13545
PETERS | SCOFIELD
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:   (801) 322-2002
Facsimile:   (801) 912-0320
Email: dws@psplawyers.com
　　　　ark@psplawyers.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **MARK BEESLEY**, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**THEODORE L. HANSEN**, an individual,<br><br>　　　　　　Defendant. | **APPENDIX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No.  2:17-cv-00889-JNP-DBP<br><br>Honorable Jill N. Parrish |

The following Exhibits are submitted in conjunction with and in support of **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM**.

　　1.　　Exhibit A: A genuine copy of the Agreement, dated May 6, 2016, between Mark Beesley and Theodore L. Hansen.

　　2.　　Exhibit B: A true and correct copy of the May 15, 2018 email from David Scofield to Doug C. Smith.

　　3.　　Exhibit C: A true and correct copy of the Plaintiff's 05/15/2018 Set Of Discovery Requests To Defendant.

4. Exhibit D: Declaration of David W. Scofield.

5. Exhibit E: Declaration of Mark Beesley.

6. Exhibit F: Compound Interest Table (calculating interest on amounts owed under the Agreement at 1% per month compounded monthly through December 1, 2018).