DAVID W. SCOFIELD – 4140
ANDREW R. KOLTER - 13545
PETERS | SCOFIELD
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:   (801) 322-2002
Facsimile:    (801) 912-0320
Email: dws@psplawyers.com
           ark@psplawyers.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARK BEESLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE L. HANSEN, an individual,<br><br>Defendant. | DECLARATION OF MARK BEESLEY<br><br>Case No.<br>2:17-cv-00889-JNP-DBP<br><br>Honorable Jill N. Parrish |

I, Mark Beesley, declare as follows:

1. I am over the age of eighteen years and am competent to testify in this matter if called. The facts set forth below are based on my personal knowledge.

2. I entered an agreement dated May 6, 2016 between Mark Beesley and Theodore L. Hansen ("Agreement") and a true and correct copy of the Agreement is attached to this Declaration as Exhibit 1.

3. My obligations under the Agreement included loaning money to Theodore L. Hansen ("Hansen"), allowing Hansen to use my American Express credit card for

1

**EXHIBIT E**

goods and services for the benefit of Hansen and I provided consulting services to Hansen.

4. At the time the Agreement was executed on May 6, 2016, I had fully performed all of my obligations under the Agreement.

5. Interest was to accrue on the amounts owed by Hansen to me under the Agreement as 1% per month compounded monthly.

Pursuant to UTAH CODE ANN. § 78B-5-705, I declare under criminal penalty of the State of Utah that the foregoing is true and correct.

DATED this 15th day of November, 2018.

*/s/ Mark Beesley*
Mark Beesley

2

# AGREEMENT

This is an Agreement ("Agreement") by and between Mark Beesley, a resident of Wilmington, North Carolina ("Mark") and Ted Hansen, a resident of Highland, UT ("Ted"). The Agreement acknowledges agreements and transactions between the parties beginning January 2, 2013.

In consideration of the mutual promises herein contained and other good and valuable consideration between the parties, the receipt of which is hereby acknowledged, the parties acknowledge and agree as follows:

1. Ted owns an interest in, operates, manages or controls a variety of businesses and other entities and ventures. Ted and such businesses and other entities and ventures are collectively referred to herein as "Ted".
2. Ted has borrowed money from Mark, paid for goods and services using Mark's American Express and other credit cards and has used Mark's consulting services for Ted's benefit.
3. The parties agreed that Mark would be paid fees for use of his credit cards and for his consulting services and would be paid an interest rate for money borrowed from Mark or credit used and not immediately repaid by Ted. The parties recorded transactions between them on an Excel spreadsheet ("Spreadsheet"). A current copy of the Spreadsheet is attached as Exhibit A. The parties acknowledge that the fees and interest rates and sums due to Mark recorded on the Spreadsheet are accurate.
4. Interest will continue to accrue on outstanding sums due recorded on the Spreadsheet.
5. Ted will pay or repay:
    a. First, consulting fees;
    b. Second, principal borrowed;
    c. Third, interest and fees.
6. Ted agrees he will not deduct interest or fees paid to Mark as a business expense until consulting fees and principal are paid or repaid in full.
7. Sums due Mark as recorded on the Spreadsheet are due on demand unless there is a written agreement signed by both parties identifying an alternate due date.
8. Mark reserves the right to seek repayment of money due from Ted or directly from the businesses or entities that received money from Mark or charged expenses to Mark's credit cards.

AGREED:

| Mark Beesley | Ted Hansen |
|---|---|
| X: *Mark Beesley* (DocuSigned by, 4EB397F0B25842C...) | X: *Ted Hansen* (DocuSigned by, 16D758D733CE4DE...) |
| Date: 5/6/2016 | Date: 5/6/2016 |

# DECL. EXHIBIT 1

| Date | Notes | Interest | Loaned | Amount Due | Paid | NSF and Fees | Running Total Due |
|---|---|---|---|---|---|---|---|
| 4/15/13 | Reduced per 4/15 agreement | | 43,000 | 50,000 | | | 50,000 |
| 4/29/13 | | | | | (15,000) | | 35,000 |
| 5/6/13 | non-MKB deposit | | | | (5,000) | | 30,000 |
| 5/14/13 | non-MKB deposit | | | | (10,000) | | 20,000 |
| 5/31/13 | Beesley/Ormand unpaid fee per 4/15 agreement | | 30,000 | 30,000 | | | 50,000 |
| 7/16/13 | Junction Mkt 1 2457 | | | | (5,000) | | 45,000 |
| 7/19/13 | Junction Mkt 1 2457 | | | | | 5,000 | 50,000 |
| 7/24/13 | AmEx - 7/24 | | 19,161 | 22,000 | | | 72,000 |
| 8/5/13 | Estrella #2547, multiple MKB deposits on slip | | | | (5,000) | | 67,000 |
| 8/8/13 | Estrella #2547 | | | | | 5,000 | 72,000 |
| 8/23/13 | AmEx - 8/23 | | 26,630 | 28,760 | | | 100,760 |
| 8/22/13 | Beesley/Ormand payment to Jacobsen Firm, Inv. EST | | 2,150 | 2,150 | | | 102,910 |
| 9/2/13 | HFT | | | | (28,000) | | 74,910 |
| 9/5/13 | HFT | | | | | 28,000 | 102,910 |
| 9/6/13 | Cert. Ck. HFT | | | | (20,000) | | 82,910 |
| 9/9/13 | AmEx - 9/24 | | 2,937 | 3,172 | | | 86,082 |
| 9/12/13 | Rogan Taylor, payoff RT AmEx, guaranty by HFT ($70k) and Cove ($145k; $42k repayment due 9/20 | | 40,000 | 42,000 | | | 128,082 |
| 9/12/13 | Ted Hansen, payoff RT AmEx, guaranty by HFT 9$70k) and Cove ($145k); $11k repayment due 9/20 | | 10,000 | 11,000 | | | 139,082 |
| 9/20/13 | Multiserve Ins. - Tres Palms insurance payment. Repayment due 9/24. | | 15,000 | 15,000 | | | 154,082 |
| 9/30/13 | Interest (per annum) | 15% | | 1,926 | | | 156,008 |
| 10/1/13 | Beesley/Ormand consulting fee through 3/31/14 | | 90,000 | 90,000 | | | 246,008 |
| 10/4/13 | Deposit | | | | (15,000) | | 231,008 |
| 10/8/13 | Deposit | | | | (7,000) | | 224,008 |
| 10/8/13 | Deposit | | | | (53,000) | | 171,008 |
| 10/9/13 | NSF 10/4/13 deposit | | | | | 15,000 | 186,008 |
| 10/10/13 | Ted Hansen certified Wells Fargo (replacement) | | | | (53,000) | | 133,008 |
| 10/11/13 | NSF 10/8/13 deposit | | | | | 53,000 | 186,008 |
| 10/11/13 | Robert Conte on behalf of Ted Hansen/Estrella | | 100,000 | 100,000 | | | 286,008 |

EXHIBIT A - SPREADSHEET
1 of 5
4/22/2016

| Date | Notes | Interest | Loaned | Amount Due | Paid | NSF and Fees | Running Total Due |
|---|---|---|---|---|---|---|---|
| 10/16/13 | Deposit, TH from Wells Fargo account per TH | | | | (130,000) | | 156,008 |
| 10/24/13 | Estrella Group or Dave Turner. Estrella or Ted Hansen to repay $105,000 by 10/29; Ted/Estrella will also reduce outstanding debt by an additional $20,000 by 10/29. | | 100,000 | 105,000 | | | 261,008 |
| 10/28/13 | AmEx charges through 10/23 ($20k limit per agreement) | | 29,150 | 31,482 | | | 292,490 |
| 11/4/13 | Deposit | | | | (105,000) | | 187,490 |
| 11/5/13 | Interest (per annum) | 15% | | 2,344 | | | 189,833 |
| 11/6/13 | Estrella Group | | | | (50,000) | | 139,833 |
| 11/9/13 | Estrella Group (Cove); sold 2006 GMC Yukon, Blue Book value = $9,907 | | 9,480 | 9,480 | | | 149,313 |
| 11/12/13 | Estrella or Dave Turner, Dodge Street LLC | | 50,000 | 50,000 | | | 199,313 |
| 11/12/13 | Junction Market or Dave Turner, Cedar Fort | | 15,000 | 15,000 | | | 214,313 |
| 11/18/13 | Deposit | | | | (65,000) | | 149,313 |
| 11/25/13 | Amex Charges 10/24 - 11/22 | | 89,387 | 96,537 | | | 245,851 |
| 12/4/13 | AmEx payment | | | | (33,000) | | 212,851 |
| 12/5/13 | Interest (per annum) | 15% | | 2,661 | | | 215,512 |
| 12/16/13 | Sanford closing fee | | | | (21,049) | | 194,463 |
| 12/26/13 | Amex Charges 11/23 - 12/23 | | 23,597 | 25,485 | | | 219,948 |
| 12/30/13 | Branden Hansen, Junction Mkt XII, working capital, gas | | 40,000 | 44,000 | | | 263,948 |
| 1/5/14 | Interest (per annum) | 15% | | 3,299 | | | 267,247 |
| 1/10/14 | Deposit | | | | (10,000) | | 257,247 |
| 1/16/14 | Deposit | | | | (20,000) | | 237,247 |
| 1/21/14 | Return | | | | | 20,000 | 257,247 |
| 1/21/14 | NSF bank fee | | | | | 10 | 257,257 |
| 1/24/14 | Amex Charges 12/24 - 1/24 | | 49,203 | 53,140 | | | 310,397 |
| 2/5/14 | Interest (per annum) | 15% | | 3,880 | | | 314,277 |
| 2/7/14 | Payment | | | | (50,000) | | 264,277 |
| 3/3/14 | Interest (per annum) | 15% | | 3,303 | | | 267,580 |
| 3/3/14 | Beesley/Ormand consulting fee 4/1 - 9/30/14 | | 90,000 | 90,000 | | | 357,580 |
| 3/4/14 | Cashiers Check | | | | (30,000) | | 327,580 |
| 3/11/14 | Cashiers Check | | | | (100,000) | | 227,580 |

EXHIBIT A - SPREADSHEET
2 of 5
4/22/2016

| Date | Notes | Interest | Loaned | Amount Due | Paid | NSF and Fees | Running Total Due |
|---|---|---|---|---|---|---|---|
| 3/3/14 | Amex Charges 2/20 - 3/22 | | 198,089 | 213,936 | | | 441,516 |
| 3/13/14 | Cashiers Check | | | | (60,000) | | 381,516 |
| 3/19/14 | Cashiers Check | | | | (30,000) | | 351,516 |
| 3/21/14 | Cashiers Check | | | | (100,000) | | 251,516 |
| 4/2/14 | Wells direct deposit | | | | (150,000) | | 101,516 |
| 4/3/14 | Interest (per annum) | 15% | | 1,269 | | | 102,785 |
| 4/14/14 | Dave Turner, Estrella deposit - Zions | | | | (50,000) | | 52,785 |
| 4/17/14 | Return - Zions | | | | | 50,000 | 102,785 |
| 4/17/14 | Return fee - Zions | | | | | 10 | 102,795 |
| 4/17/14 | Wire - Zions | | | | (50,000) | | 52,795 |
| 4/17/14 | Wire fee - Zions | | | | | 15 | 52,810 |
| 4/24/14 | Amex Charges 3/23 - 4/22 | | 350,855 | 378,923 | | | 431,733 |
| 4/29/14 | Ted Deposit Wells | | | | (20,000) | | 411,733 |
| 5/1/14 | Ted Deposit Wells | | | | (80,000) | | 331,733 |
| 5/1/14 | Interest (per annum) | 15% | | 4,147 | | | 335,880 |
| 5/22/14 | Junction Mrkt Wire - Zions | | | | (25,000) | | 310,880 |
| 5/22/14 | Wire fee - Zions | | | | | 15 | 310,895 |
| 5/23/14 | Amex Charges 4/22-5/23 | | 134,313 | 145,058 | | | 455,953 |
| 5/27/14 | Deposit, Heathrow Hldgs - Wells | | | | (25,000) | | 430,953 |
| 5/28/14 | Deposit, BOW Cashier's - Wells | | | | (25,000) | | 405,953 |
| 5/29/14 | Return, Heathrow - Wells | | | | | 25,000 | 430,953 |
| 5/29/14 | Return fee | | | | | 12 | 430,965 |
| 6/1/14 | Interest (per annum) | 15% | | 5,387 | | | 436,352 |
| 6/3/14 | Conte wire - Wells | | | | (250,000) | | 186,352 |
| 6/3/14 | Wire fee - Wells | | | | | 15 | 186,367 |
| 6/3/14 | Sid withdrawl - Wells | | 12,309 | 12,509 | | | 198,876 |
| 6/5/14 | Boat - Zions deposit | | 9,000 | 9,000 | (9,000) | | 198,876 |
| 6/23/14 | Amex Charges 5/24 - 6/23 | | 210,050 | 226,854 | | | 425,730 |
| 7/1/14 | Interest | 1% | | 4,257 | | | 429,987 |
| 7/3/14 | Wire in Conte - Wells | | | | (160,000) | | 269,987 |
| 7/23/14 | Deposit - Zions | | | | (50,000) | | 219,987 |
| 7/24/14 | Amex Charges 6/24 - 7/24 | | 42,649 | 46,061 | | | 266,048 |
| 8/1/14 | Interest | 1% | | 2,660 | | | 268,709 |
| 8/6/14 | Deposit - Zions | | | | (50,000) | | 218,709 |
| 8/12/14 | Deposit - Zions | | | | (40,000) | | 178,709 |
| 8/24/14 | Amex Charges 7/24 - 8/24 | | 161,060 | 173,945 | | | 352,653 |
| 8/28/14 | Deposit - Wells (wire from Bank of the West) | | | | (150,000) | | 202,653 |
| 8/28/14 | Wells wire fee | | | | | 15 | 202,668 |
| 9/1/14 | Interest | 1% | | 2,027 | | | 204,695 |

EXHIBIT A - SPREADSHEET
3 of 5
4/22/2016

| Date | Notes | Interest | Loaned | Amount Due | Paid | NSF and Fees | Running Total Due |
|---|---|---|---|---|---|---|---|
| 9/2/14 | DEPOSIT - Wells, #733167160 | | | | (50,000) | | 154,695 |
| 9/3/14 | DEPOSIT - Wells, #733167166 | | | | (20,000) | | 134,695 |
| 9/24/14 | Amex Charges 8/24 - 9/24 | | 145,483 | 157,122 | | | 291,817 |
| 10/1/14 | Interest | 1% | | 1,347 | | | 293,164 |
| 10/6/14 | Deposit - Zions | | | | (30,000) | | 263,164 |
| 10/7/14 | Deposit - Zions | | | | (80,000) | | 183,164 |
| 10/9/14 | Return - Zions | | | | | 30,000 | 213,164 |
| 10/9/14 | Fee - Zions | | | | | 10 | 213,174 |
| 10/10/14 | Fee - Zions | | | | | 15 | 213,189 |
| 10/10/14 | Return - Zions | | | | | 80,000 | 293,189 |
| 10/10/14 | Fee - Zions | | | | | 15 | 293,204 |
| 10/10/14 | Deposit - Wells | | | | (46,000) | | 247,204 |
| 10/24/14 | Deposit - Wells | | | | (10,000) | | 237,204 |
| 10/31/14 | Deposit - Wells | | | | (6,000) | | 231,204 |
| 11/1/14 | Interest | 1% | | 2,372 | | | 233,576 |
| 11/1/14 | Amex Charges 9/24 - 10/24 | | 18,674 | 20,168 | | | 253,744 |
| 11/3/14 | Deposit - Zions | | | | (10,000) | | 243,744 |
| 12/1/14 | Interest | 1% | | 2,437 | | | 246,181 |
| 12/1/14 | Amex Charges 10/24 - 11/24 | | | (6,591) | | | 239,590 |
| 12/2/14 | Deposit - Zions | | | | (5,000) | | 234,590 |
| 12/10/14 | Deposit - Zions | | | | (30,000) | | 204,590 |
| 12/12/14 | Return - Zions | | | | | 30,000 | 234,590 |
| 12/12/14 | Fee - Zions | | | | | 10 | 234,600 |
| 1/1/15 | Amex Charges 11/24 - 12/24 | | 99,995 | 107,995 | | | 342,595 |
| 1/1/15 | Interest | 1% | | 2,346 | | | 344,941 |
| 1/22/15 | Deposit - Zions | | | | (5,000) | | 339,941 |
| 1/28/15 | Deposit - Zions, Junction Market | | | | (15,000) | | 324,941 |
| 2/2/15 | Return - Zions, Junction Market | | | | | 15,000 | 339,941 |
| 2/2/15 | Zions - Return Fee | | | | | 10 | 339,951 |
| 2/2/15 | Amex Charges 12/24 -1/24 | | 1,459 | 1,576 | | | 341,527 |
| 2/2/15 | Interest | 1% | | 3,415 | | | 344,942 |
| 2/4/15 | Deposit - Zions, Junction Market | | | | (15,000) | | 329,942 |
| 2/6/15 | Return - Zions, Junction Market | | | | | 15,000 | 344,942 |
| 2/6/15 | Zions - Return Fee | | | | | 10 | 344,952 |
| 3/1/15 | Amex Charges 1/24 -2/24 | | 477 | 515 | | | 345,467 |
| 3/1/15 | Interest | 1% | | 3,455 | | | 348,922 |
| 4/1/15 | Amex Charges 2/24 -3/24 | | 950 | 1,026 | | | 349,948 |
| 4/1/15 | Interest | 1% | | 3,499 | | | 353,447 |

EXHIBIT A - SPREADSHEET
4 of 5
4/22/2016

| Date | Notes | Interest | Loaned | Amount Due | Paid | NSF and Fees | Running Total Due |
|---|---|---|---|---|---|---|---|
| 4/20/15 | Deposit - Wells | | | | (20,000) | | 333,447 |
| 4/22/15 | Return | | | | | 20,000 | 353,447 |
| 4/22/15 | Return fee - Wells | | | | | 12 | 353,459 |
| 4/22/15 | Deposit - Wells | | | | (16,000) | | 337,459 |
| 4/24/15 | Amex Charges 3/24 -4/24 | | 471 | 508 | | | 337,968 |
| 5/1/15 | Interest | 1% | | 3,380 | | | 341,347 |
| 5/24/15 | Amex Charges 4/24 -5/24 | | 465 | 503 | | | 341,850 |
| 6/1/15 | Interest | 1% | | 3,418 | | | 345,268 |
| 7/1/15 | Interest | 1% | | 3,453 | | | 348,721 |
| 7/9/15 | Deposit - Wells | | | | (5,000) | | 343,721 |
| 7/13/15 | Deposit - Wells | | | | (5,000) | | 338,721 |
| 7/23/15 | Deposit - Wells | | | | (10,000) | | 328,721 |
| 8/1/15 | Interest | 1% | | 3,287 | | | 332,008 |
| 8/5/15 | Deposit - Wells, Low Cost Rentals, call from Brandon | | | | (15,000) | | 317,008 |
| 8/3/15 | Amex Charges 7/21 - | | 42,058 | 44,161 | | | 361,170 |
| 9/1/15 | Interest | 1% | | 3,611.70 | | | 364,781 |
| 9/16/15 | Deposit - Wells, Cove Property Holdings | | | | (8,000) | | 356,781 |
| 9/18/15 | Deposit - Wells, Junction Market V | | | | (16,000) | | 340,781 |
| 9/21/15 | Return | | | | | 16,000 | 356,781 |
| 9/21/15 | Return fee - Wells | | | | | 12 | 356,793 |
| 10/1/15 | Interest | 1% | | 3,567.93 | | | 360,361 |
| 10/8/15 | Deposit - Wells, Low Cost Rentals | | | | (7,000) | | 353,361 |
| 10/14/15 | Deposit - Wells, Superior Foods, payroll | | | | (4,000) | | 349,361 |
| 10/16/15 | Return | | | | | 4,000 | 353,361 |
| 10/16/15 | Return fee - Wells | | | | | 12 | 353,373 |
| 11/1/15 | Interest | 1% | | 3,533.73 | | | 356,907 |
| 11/13/15 | Deposit - Wells, Cove Property Holdings LLC Payroll Account | | | | (4,000) | | 352,907 |
| 11/17/15 | Return | | | | | 4,000 | 356,907 |
| 11/17/15 | Return fee - Wells | | | | | 12 | 356,919 |
| 12/1/15 | Interest | 1% | | 3,569.19 | | | 360,488 |
| 12/11/15 | Deposit - Wells | | | | (4,000) | | 356,488 |
| 12/29/15 | Deposit - Wells, Heathrow Holdings | | | | (2,000) | | 354,488 |
| 12/30/15 | Return | | | | | 2,000 | 356,488 |
| 12/30/15 | Return fee - Wells | | | | | 12 | 356,500 |
| 1/1/16 | Interest | 1% | | 3,565.00 | | | 360,065 |
| 2/1/16 | Interest | 1% | | 3,600.65 | | | 363,666 |
| 3/1/16 | Interest | 1% | | 3,636.66 | | | 367,303 |
| 4/1/16 | Interest | 1% | | 3,673.03 | | | 370,976 |
| | TOTALS | | 2,303,052 | 2,545,802 | (2,592,049) | 417,222 | 370,976 |

EXHIBIT A - SPREADSHEET
5 of 5
4/22/2016